Jerold A. GNAZZO and Jane S. Gnazzo v. Jay H. KARPIN and Florence Karpin, First Vermont Bank & Trust Co., and Borg-Warner Acceptance Corporation, No. 99-76

May 19, 1976. The purported appeal in the above-captioned case is dismissed for lack of jurisdiction. V.R.A.P. 4; V.R.A.P. 26(b); 12 V.S.A. § 4601.

F. M. BURLINGTON COMPANY —Mondev Burlington, Inc. d/b/a Burlington Square v. COMMISSIONER OF TAXES, No. 106-76

May 19, 1976. Motion for Permission to Appeal granted.

Eva Ann CIEMIECKI v. Jeffrey MACKENZIE, No. 172-76

May 19, 1976. The above-entitled cause came on before the Vermont Supreme Court on May 19, 1976.

Upon consideration of appellant's motion, it is hereby Ordered, Adjudged and Decreed:

That a stay be entered against the Vermont District Court's decision ordering defendant to pay $15.00 per week support pending the outcome of this appeal.

Jerold A. GNAZZO and Jane S. Gnazzo v. Jay H. KARPIN and Florence Karpin, First Vermont Bank & Trust Co., and Borg-Warner Acceptance Corporation, No. 99-76

May 31, 1976. Motion for Reconsideration denied.

STATE of Vermont v. Richard C. REYNOLDS, No. 47-74

June 1, 1976. Appeal dismissed for failure to comply with progress orders of April 6, 1976, and April 21, 1976.

Richard A. HEBERT v. JARVIS & RICE AND WHITE INSURANCE, INC. d/b/a Connecticut Valley Insurance Associates, Union Mutual Fire Insurance, Vermont Mutual Insurance, New England Guaranty Insurance Co., Hartford Fire Insurance Co., Granite Mutual Insurance Co., and Green Mountain Insurance Company, No. 177-75

June 1, 1976. The judgment rendered below not having made final disposition of the claim against New England Guaranty Insurance Company is not a final judgment pursuant to V.R.C.P. 54(b), and the cause is therefore remanded for disposition of the claim against this party.

Joan HATIN and Marjorie Barr v. Paul PHILBROOK, Commissioner of Social Welfare, and Department of Social Welfare, No. 114-76

June 1, 1976. Motion for injunction pendente lite denied.